**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| BANK OF AMERICA, | : | CASE NO. 1:10-cv-314 |
| NATIONAL ASSOCIATION, as | : | |
| successor by merger to LaSalle Bank, | : | JUDGE SANDRA S. BECKWITH |
| National Association, as Trustee for the | : | |
| Registered Holders of J.P. Morgan | : | |
| Chase Commercial Mortgage Securities | : | |
| Corp., Commercial Mortgage Pass- | : | |
| Through Certificates, Series 2006- | : | |
| CIBC14, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BEECHMONT REALTY | : | |
| ASSOCIATES, LLC, et al. | : | |
| | : | |
| Defendants. | : | |

---

**ORDER GRANTING THE JOINT MOTION OF PLAINTIFF AND BEECHMONT**
**RETAIL, LLC FOR SUBSTITUTION OF PARTY PLAINTIFF AND COUNSEL**

---

Upon the Joint Motion of the Plaintiff, Bank of America, National Association, as successor by merger to LaSalle Bank, National Association, as Trustee for the Registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 2006-CIBC14 (BOA), and Beechmont Retail, LLC (Beechmont Retail) for Substitution of Party Plaintiff and Counsel, and for good cause shown, it is ORDERED that the Joint Motion of Plaintiff and Beechmont Retail, LLC for Substitution of Party Plaintiff and Counsel is hereby GRANTED. IT IS THEREFORE ORDERED, ADJUDGED and DECREED as follows:

1

1.      Beechmont Retail, LLC is hereby substituted as the Plaintiff in this action in place of Bank of America, National Association, as successor by merger to LaSalle Bank, National Association, as Trustee for the Registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 2006-CIBC14;

2.      Dinsmore & Shohl LLP and attorneys Karen R. Adams and Joseph C. Krella of Dinsmore & Shohl LLP are substituted as counsel of record for the substituted Plaintiff Beechmont Retail, LLC;

3.      This case is to be re-captioned to reflect Beechmont Retail, LLC, Plaintiff, successor in interest to Bank of America, National Association, as successor by merger to LaSalle Bank, National Association, as Trustee for the Registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 2006-CIBC14;

4.      Finally, because Plaintiff Bank of America will no longer be a party to this action, counsel for Bank of America, Ronald L. House and Benesch, Friedlander, Coplan & Aronoff, LLP, no longer represent any remaining party in this action and have no prospective duties in regard to case participation.

**IT IS SO ORDERED**.

Date: January 23, 2012

SANDRA S. BECKWITH
UNITED STATES SENIOR DISTRICT JUDGE

2

Submitted and approved by,

*/s/ Joseph C. Krella*

Karen R. Adams (0055410)
Joseph C. Krella (0083527)
Dinsmore & Shohl LLP
1100 Courthouse Plaza SW
10 N. Ludlow Street
Dayton, Ohio 45402
(937) 449-2800
(937) 449-2836 (facsimile)
Email: karen.adams@dinsmore.com
joe.krella@dinsmore.com
Attorneys for Beechmont Retail, LLC

*/s/ Ronald L. House – Per Email Authority 1/13/12*

Ronald L. House, Trial Attorney (0036752)
John F. Stock (0004921)
J. Allen Jones, III (0072397)
Benesch, Friedlander, Coplan & Aronoff LLP
41 S. High Street, 26th Floor
Columbus, Ohio 43215-3506
Telephone No. (614) 223-9338
Facsimile No. (614) 223-9330
Email Addresses:     rhouse@beneschlaw.com
                     jstock@beneschlaw.com
                     ajones@beneschlaw.com

David R. Mayo (0014345)
Benesch, Friedlander, Coplan & Aronoff LLP
2300 BP Tower
200 Public Square
Cleveland, OH 44114
Telephone No. (216) 363-4647
Facsimile No. (216) 363-4588
Email Address: dmayo@beneschlaw.com

Attorneys for Plaintiff Bank of America,
National Association, as successor by merger to
LaSalle Bank, National Association, as
Trustee for the Registered Holders of J.P. Morgan
Chase Commercial Mortgage Securities Corp.,
Commercial Mortgage Pass-Through Certificates,
Series 2006-CIBC14